# Third District Court of Appeal

## State of Florida

Opinion filed July 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1472
Lower Tribunal No. 16-3171
_____

**Adriana Monica Mendoza,**
Appellant,

vs.

**Tomas Curbelo,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Marcia B. Caballero, Judge.

Hasbun & Mendoza, PLLC and Maribel Mendoza, for appellant.

Perez-Abreu & Martin-Lavielle, P.A., and Andy W. Acosta and Javier Perez-Abreu, for appellee.

Before FERNANDEZ, C.J., and HENDON and GORDO, JJ.

HENDON, J.

Adriana Monica Mendoza, the Mother, appeals from a September 2020 supplemental final judgment modifying parental responsibility, timesharing, and child support in favor of Tomas Curbelo, the Father. We dismiss that portion of the Mother's appeal (paragraph w. of the order on appeal) without prejudice to the filing of an appeal following entry of an order fixing the amount of attorney's fees and costs. Sejas v. Paredes, 315 So. 3d 128 (Fla. 3d DCA 2021) (holding a mere finding of entitlement to attorney's fees and costs is a non-final, non-appealable order). We affirm the remainder of the order on appeal. Sordo v. Camblin, 130 So. 3d 743, 744 (Fla. 3d DCA 2014) ("We review a trial court's modification of timesharing for an abuse of discretion, and we must affirm if the trial court's order is supported by competent substantial evidence.").

Affirmed in part, dismissed in part.